IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PHILLIP DEQUAZE HENRY,**

    **Petitioner,**

**v.**                                                     **Case No. 1:18-cv-206-AW-GRJ**

**SECRETARY, FLA. DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 2, 2021 report and recommendation. ECF No. 16. There has been no objection. I agree with the magistrate judge. The report and recommendation is adopted and incorporated into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on December 23, 2021.

                                          s/ *Allen Winsor*
                                          United States District Judge